UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KURT M. MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CV415-298 |
| CE OEM; FCC; ) | |
| MERRIAM-WEBSTER; and ) | |
| MASSACHUSETTS EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se,* Kurt M. Meyers (who is not an inmate) has filed a form complaint that is facially frivolous. Doc. 1 (suing, *inter alia,* Merriam Webster Dictionary and "Massachusetts Education" over what appears to be a failed social security claim). This is not his first rodeo:

> The Court reminds Meyers that this is his second frivolous case in as many months, *Meyers v. Social Security Admin.*, CV415–075, doc. 3 (S.D. Ga. Apr. 20, 2015) (advising dismissal of an "at best ... nonsensical" Complaint), and the Court will not tolerate serial, frivolous filings. *See Hurt v. Social Security Admin.*, 544 F.3d 308, 309–10 (D.C. Cir. 2008) (plaintiff's filing of extraordinary number of meritless suits and appeals warranted revocation of his IFP privilege . . .); *Brown-Younger v. Lulu.com*, 2012 WL 2576214 at * 5 (N.D.Ill. July 3, 2012) ("district courts also can impose both monetary and non-monetary sanctions under [Fed.R.Civ.P.] 11 for filing or maintaining claims for an improper purpose or without adequate legal or factual support. Fed.R.Civ.P. 11(b), (b); see

Fabriko Acquisition Corp. v. Prokos, 536 F.3d 605, 609–10 (7th Cir.2008).").  *Further frivolous filings will be met with sanctions.* Meyers v. Georgia, 2015 WL 2249991 at *1 (S.D. Ga. May 13, 2015) (footnote omitted; emphasis added).

As he did in his prior cases, plaintiff moves for leave to proceed *in forma pauperis* ("IFP") here. Doc. 2. Because he has defied this Court by filing a third, facially frivolous lawsuit, his IFP motion (doc. 2)) is **DENIED**. He must pay the full $400 filing fee (*see* 28 U.S.C. § 1914) within 30 days of the date this Order is served or face a recommendation of dismissal.

**SO REPORTED AND RECOMMENDED**, this 13th day of November, 2015.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA