# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KURT M. MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CV415-298 |
| CE OEM; FCC; ) | |
| MERRIAM-WEBSTER; and ) | |
| MASSACHUSETTS EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On November 13, 2015, the Court, in the face of Kurt Meyers' third facially frivolous lawsuit this year, denied his motion to proceed *in forma pauperis* and ordered him to pay the full $400 filing fee or else face a dismissal recommendation. Doc. 3. Meyers never paid.

Because plaintiff has failed to comply with a Court order, this case should be **DISMISSED WITHOUT PREJUDICE**. *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir.1987)

(district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

**SO REPORTED AND RECOMMENDED,** this 4TH day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA