FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 27 PM 12:55

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KURT M. MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV415-298 |
| ) | |
| CE OEM, FCC, MERRIAM-WEBSTER, and ) | |
| MASSACHUSETTS EDUCATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## O R D E R

Before the Court are the Magistrate Judge's Reports and Recommendations (Doc. 3, Doc. 6), to which no objections have been filed. On November 13, 2015 the Magistrate Judge recommended that Plaintiff's $\underline{in}$ $\underline{forma}$ $\underline{pauperis}$ motion be denied and ordered Plaintiff to pay the full $400 filing fee within 30 days or face a recommendation of dismissal. (Doc. 3 at 2.) Plaintiff failed to comply with this requirement. As a result, on January 5, 2016 the Magistrate Judge recommended dismissing Plaintiff's suit without prejudice due to his failure to comply with a court order. (Doc. 6 at 1.) Plaintiff has still not paid his filing fee. Accordingly, the Reports and Recommendations (Doc. 3, Doc. 6) are **ADOPTED** as the Court's opinion in this case and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA