AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Kurt M. Meyers

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-298

CE OEM et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 27, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.



| January 27, 2016 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03